**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JOHN MANN

    VS                                      CASE NO.  3:06cv368/LAC/MD

ISLAND RESORTS DEVELOPMENT,
INC., ET AL

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on October 18, 2006
Motion/Pleadings: MOTION TO DISMISS FOR FAILURE TO STATE A CAUSE OF ACTION AND MOTION TO ABATE WITH SUPPORTING MEMORANDUM OF LAW
Filed by DEFENDANT ISLAND RESORTS DEVELOPMENT INC       on 10/2/06       Doc.# 12
RESPONSES:
PLAINTIFF       on 10/16/06       Doc.# 22
                on               Doc.#

____ Stipulated     ____ Joint Pldg.
X___ Unopposed      ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Teresa Cole
LC (1 OR 2)                Deputy Clerk: Teresa Cole

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 31st day of October, 2006, that:*

*(a) The relief requested is **GRANTED**.  Counts I, II and III of the Complaint are **DISMISSED** as against Defendant Island Resorts Development, Inc.*

*(b) This case is **STAYED** for 120 days, during which time **all** parties are expected to mediate the remaining claims as detailed by separate Order of the Court.*

Entered On Docket: _____  By: _____     s/ *L.A. Collier*
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP       **LACEY A. COLLIER**
Copies sent to: _____                           *United States District Judge*

Document No.