IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN MANN,

    Plaintiffs,

v                                                  CASE NO: 3:06cv368/LAC

ISLAND RESORTS DEVELOPMENT, INC., et al.,

    Defendants.

_____/

**O R D E R**

Before the Court is the Plaintiff's motion for dismissal with prejudice as to Defendant Frederick T. Kuykendall. Upon consideration of the foregoing, it is hereby **ORDERED**:

1.    Plaintiff's motion (doc. 40) is **GRANTED**. This action is **DISMISSED** with prejudice as to Defendant Frederick T. Kuykendall.

**ORDERED** on this 12th day of December, 2006.

                                                    s/*L.A. Collier*
                                                    Lacey A. Collier
                                        Senior United States District Judge