**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JOHN MANN

    VS                                          CASE NO.  3:06cv368/LAC/MD

ISLAND RESORTS DEVELOPMENT
INC., et al.

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on June 7, 2007
Motion/Pleadings: MOTION TO WITHDRAW COUNSEL OF RECORD (Craig B. Morris and law firm of Daniell, Upton, Perry & Morris, PC)
Filed by plaintiff   on 5/17/07   Doc.# 81
RESPONSES:
none   on   Doc.#
   on   Doc.#

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ *C. Justice*
LC (1 OR 2)   Deputy Clerk

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 12th day of June, 2007, that:*

*(a) The relief requested is **GRANTED**.*

*(b) Plaintiff shall have 30 days to seek new counsel.  Upon failure to substitute counsel, Plaintiff will be deemed to be proceeding pro se.*

s/*Lacey A. Collier*
***LACEY A. COLLIER
United States District Judge***

Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.