**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JOHN MANN,

    Plaintiffs,

v.                                          CASE NO: 3:06cv368/LAC/MD

ISLAND RESORTS DEVELOPMENT, INC., et al.,

    Defendants.

_____/

## **O R D E R**

Before the Court is a notice of voluntary dismissal without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure (Doc. 98) filed by the Plaintiff in this case. Defendants have filed stipulations in accordance (Docs. 99, 100). Upon consideration of the foregoing, it is hereby **ORDERED**:

1.     This action is DISMISSED without prejudice. The Clerk of Court is directed to close this file.

**ORDERED** on this 28th day of August, 2007.

                                                          s/*L.A. Collier*
                                                        Lacey A. Collier
                                      Senior United States District Judge